UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2007 Grand Jury

| UNITED STATES OF AMERICA, | ) SA CR 08 **SA CR 08 - 00009** |
|---|---|
| Plaintiff, | ) |
| | ) I N D I C T M E N T |
| v. | ) |
| | ) [17 U.S.C. § 506(a)(1)(A); |
| MICHAEL KNOWLES, | ) 18 U.S.C. § 2319(b)(1): |
| | ) Criminal Infringement of |
| | ) Copyright] |
| Defendant. | ) |

The Grand Jury charges:

COUNT ONE

[17 U.S.C. § 506(a)(1)(A); 18 U.S.C. § 2319(b)(1)]

Between on or about October 2, 2006 and March 30, 2007 in Orange County, within the Central District of California, defendant MICHAEL KNOWLES, did willfully, and for the purpose of commercial advantage and private financial gain, infringe a copyright by reproducing and distributing, during a 180-day period, ten (10) or more copies of one (1) or more copyrighted works, to wit: motion pictures and television programs, which have a total retail value of more than $2,500, in violation of

\\

ACG

Title 17, United States Code, Section 506(a)(1)(A) and Title 18 United States Code, Section 2319(b)(1).

A TRUE BILL

/S/
Foreperson

THOMAS P. O'BRIEN
United States Attorney

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

KENNETH B. JULIAN
Assistant United States Attorney
Acting Chief, Santa Ana Branch Office