UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CASE SUMMARY

**ORIGINAL**

Case Number __SA CR 08-00009__   Defendant Number __1__
U.S.A. v. __MICHAEL KNOWLES__   Date of Birth _____
☒ Indictment   ☐ Information   Investigative Agency (FBI, DEA, etc.): __ICE__

**NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A".**

OFFENSE/VENUE

a. Offense charged as a:   ☐ Petty Offense
   ☐ Misdemeanor   ☐ Minor Offense   ☒ Felony
b. Date of Offense: __BETWEEN ON OR ABOUT 10-2-06 AND 3-30-07__
c. County in which first offense occurred: __ORANGE__
d. The crimes charged are alleged to have been committed in:
   CHECK ALL THAT APPLY
   ☐ Los Angeles        ☐ Ventura
   ☒ Orange             ☐ Santa Barbara
   ☐ Riverside          ☐ San Luis Obispo
   ☐ San Bernardino     ☐ Other: _____
Citation of offense: __17 U.S.C. § 506(a)(1)(A) and 18 U.S.C. § 2319(b)(1)__

RELATED CASE
Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?   ☒ No   ☐ Yes
   IF YES   Case Number _____

Pursuant to Section 11 of General Order 224, criminal cases may be related if a previously filed indictment or information and the present case:
a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: MUST MATCH NOTICE OF RELATED CASE _____N/A_____

PREVIOUSLY FILED COMPLAINT
A complaint was previously filed on: _____N/A_____
   Case Number: _____
   Charging: _____

The Complaint:   ☐ is still pending
   ☐ was dismissed on: _____

COMPLEX CASE
Are there 8 or more defendants in the Indictment/Information?
   ☐ Yes*   ☒ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   ☐ Yes*   ☒ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

SUPERSEDING INDICTMENT/INFORMATION

This is the __N/A__ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on: _____

Case Number: _____

The superseded case:
☐ is still pending before Judge/Magistrate Judge
_____

☐ was previously dismissed on: __N/A__

Are there 8 or more defendants in the superseding case?
   ☐ Yes*   ☒ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   ☐ Yes*   ☒ No

Was a Notice of Complex Case filed on the Indictment of Information?
   ☐ Yes   ☒ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required:   ☐ Yes   ☒ No
IF YES, list language and/or dialect: _____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

**OTHER**
- ☒ Male  ☐ Female
- ☒ U.S. Citizen  ☐ Alien

Alias Name(s): ____N/A____

This defendant is charged in:  ☒ All counts
☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 U.S.C. 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 U.S.C. 3166(b)(7).

Is defendant a juvenile:           ☐ Yes   ☒ No
IF YES, should matter be sealed?   ☐ Yes   ☐ No

The area of substantive law that will be involved in this case includes:
- ☐ financial institution fraud
- ☐ government fraud
- ☐ environmental issues
- ☐ narcotics offenses
- ☐ violent crimes/firearms
- ☐ public corruption
- ☐ tax offenses
- ☐ mail/wire fraud
- ☐ immigration offenses
- ☐ corporate fraud
- ☒ Other: **CRIMINAL INFRINGEMENT OF COPYRIGHT**

**CUSTODY STATUS**
Defendant is **NOT** in custody:
a. Date and time of arrest on complaint: _____
b. Posted bond at complaint level on: _____
   In the amount of $_____
c. PSA supervision?   ☐ Yes   ☐ No
d. Is a Fugitive?     ☐ Yes   ☐ No
e. Is on bail or release from another district: _____

f. ☒ Has not been arrested but will be notified by summons to appear.
g. Warrant requested:   ☐ Yes   ☐ No

Defendant is **IN** custody:
a. Place of incarceration:   ☐ State   ☐ Federal
b. Name of Institution: _____
c. If Federal: U.S. Marshal's Registration Number: _____
d. ☐ Solely on this charge. Date and time of arrest: _____

e. On another conviction:   ☐ Yes   ☐ No
   IF YES   ☐ State   ☐ Federal   ☐ Writ of Issue
f. Awaiting trial on other charges:   ☐ Yes   ☐ No
   IF YES   ☐ State   ☐ Federal   AND
   Name of Court: _____

Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.CrP. ___ 20  ___ 21  ___ 400

**EXCLUDABLE TIME**
Determinations as to excludable time prior to filing indictment/information EXPLAIN: ____N/A____

Date: **JANUARY 16, 2008**

*Signature of Assistant U.S. Attorney*

**ANNE C. GANNON**
*Print Name*